IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:19-MJ- 2264 -D


|                                          |   |             |
|------------------------------------------|---|-------------|
| IN RE:  NO ENTRY TO COURTHOUSE           | ) | **ORDER**   |
|      MR. DARRYL EDWARD EVERETTE           | ) |             |
|                                          | ) |             |


On October 23, 2019, Mr. Darryl Edward Everette was observed being disruptive during trial

proceedings.  Mr. Darryl Edward Everette is prohibited from entering the Terry Sanford Federal

Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina 27601, for the duration

of the trial of  United States v. Demetrice R. Devine, et al., No. 5:16-CR-12 (E.D.N.C.).

SO ORDERED.  This 24 day of October 2019.


JAMES C. DEVER III
United States District Judge